■ MARY DORE-COCKERHAM, Respondent, v TOWN OF FOREST-PORT, Appellant. [9 NYS3d 906]—Appeal from an order of the Supreme Court, Oneida County (Norman I. Siegel, J.), entered March 18, 2014. The order denied the motion of defendant for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ In the Matter of PAUL DAVILA, Appellant, v ANTHONY AN-NUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [9 NYS3d 906]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered February 19, 2014 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ In the Matter of REPORT OF JEFFERSON COUNTY GRAND JURY OF JULY 2013. SCOTT D. McNAMARA, Special Prosecutor, Appellant; JOHN BURNS, Jefferson County Sheriff, Respondent. [9 NYS3d 906]—Appeal from an order of the Jefferson County Court (Kim H. Martusewicz, J.), dated December 18, 2013. The order forever sealed a certain grand jury report.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Report, Grand Jury Exhibit 83A of Sept./Oct. 1993 Suffolk County Grand Jury IC, Term X.*, 221 AD2d 541, 541 [1995]; *Matter of Report of Grand Jury of County of Tompkins Impaneled Apr. 24, 1984*, 110 AD2d 44, 45 [1985]). Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.